IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED MARTINEZ,

      Petitioner,               No. CIV-S-09-3413 KJM P

   vs.

ANTHONY HEDGEPATH,

      Respondent.         ORDER

_____/

      Pursuant to petitioner's March 10, 2010 request (Docket No. 8), this action is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: March 18, 2010.

_____
U.S. MAGISTRATE JUDGE

1
mart3413.dis